AO 106 (REV 4/10) Affidavit for Search Warrant　　　　　　　　　　　　　　　　　　　AUSA Branka Cimesa, (312) 353-6630

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case No. 25 M 573 |
| the United States Priority Mail package bearing tracking number 9405 5362 0624 9308 6349 93, further described in Attachment A | Ref. No. |



FILED
9/22/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Phil Hemmeler, a Postal Inspector of the U.S. Postal Inspection Service, request a search warrant and state under penalty of perjury that I have reason to believe that in the following package:

**See Attachment A**

located in the Northern District of Illinois, there is now concealed:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence, instrumentalities, and contraband.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Section 843(b) | use of a communications facility to distribute narcotics |

The application is based on these facts:

**See Attached Affidavit**,

Continued on the attached sheet.

*Applicant's Signature*

PHIL HEMMELER, Task Force Officer
U.S. Postal Inspection Service
*Printed name and title*

Pursuant to Fed. R. Crim. P. 4.1, this Application is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the statements in the Application and Affidavit by telephone.

Date: September 22, 2025

*Judge's signature*

City and State: Chicago, Illinois　　　　　　　　GABRIEL A. FUENTES, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT  )
                              )
NORTHERN DISTRICT OF ILLINOIS )

# AFFIDAVIT

I, Phil Hemmeler, being duly sworn, state as follows:

1. I am a Postal Inspector with the U.S. Postal Inspection Service. I have been so employed since approximately January 2023.

2. As part of my duties as a USPIS Postal Inspector, I investigate criminal violations relating to the federal laws relating to the mails and to controlled substances.

3. This affidavit is made in support of an application for a warrant to search the United States Priority Mail Parcel with Tracking Number 9405 5362 0624 9308 6349 93 described further in Attachment A (the "**Subject Parcel**"), for evidence, instrumentalities, and contraband described further in Attachment B, concerning use of a communications facility to distribute narcotics offenses, in violation of Title 21, United States Code, Section 843(b).

4. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence,

instrumentalities, and contraband of violations of Title 21, United States Code, Section 843(b), are located within the **Subject Parcel**.

I. **FACTS SUPPORTING PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL**

5. On September 18, 2025, I inspected the **Subject Parcel** at Cardiss Colins Processing and Distribution Center 433 W Harrison St. Chicago, IL 60669. The **Subject Parcel** was first scanned by the United States Postal Service on September 15, 2025, in Corona, California, 92879, and is addressed to "Michael Nguyen, 4343 N Clarendon Ave Apt 1203, Chicago, IL 60613," with a return address of "Ebelin Brady, 507 Queensland Cir, Corona, CA 92879." According to law enforcement, the **Subject Parcel** bears $16.28 in postage, measures approximately 11 inches by 9 inches by 15 inches, and weighs approximately 5 pounds 9 ounces.

6. I observed several characteristics about the **Subject Parcel** that, in my training and experience, can be consistent with parcels containing a controlled substance.

7. First, I ran the sender and recipient names and addresses on the **Subject Parcel** through a law enforcement database. That search revealed no one by the name "Ebelin Brady" resides or is associated with 507 Queensland Cir, Corona, CA 92879. In fact, the sender address comes back to the business "Residential Design Center." Based on my training and experience, fictitious sender or receiver names, and fictitious return addresses, can indicate that the sender or receiver does not want to be associated with the parcel.

2

8. The **Subject Parcel** originated from a state that is close to the United States border. Based on my training and experience, I am aware narcotics are commonly smuggled into the United States across the southern land border. I am further aware that once narcotics arrive in the United States, they are often temporarily stored in states along the southern United States border prior to being further distributed, commonly via the United States Mail, to customers around the United States. As a result of this occurrence, many seizures of narcotics-laden parcels are from parcels that are sent from states close to the United States border.

9. The **Subject Parcel** is taped with packing tape on all of the parcel seams. Based on my training and experience, parcels can be taped in this manner in an attempt to hide or mask the odor of the parcel's contents.

10. Each of the characteristics I describe above can be consistent with parcels that do not contain contraband. Based on my training and experience, however, the combination of these characteristics led me to investigate further by calling in a narcotics dog to perform further examination of the **Subject Parcel**.

11. On September 18, 2025, I arranged for a Palatine Police Department Canine Officer and his canine partner, "Jax," to meet with me and examine the **Subject Parcel**. According to the Canine Officer, Jax is certified annually by Illinois Law Enforcement Training and Standards Board as a narcotics dog. Jax was most recently re-certified on October 4, 2024. Jax is trained to sniff buildings, vehicles, envelopes, and wrapped parcels to detect the odors of methamphetamine, heroin and

3

cocaine that could be contained inside. Jax is also trained to indicate the presence of such substances or their scents by alerting to the item he is sniffing.

12. In addition, according to USPIS records, Jax has successfully alerted to controlled substances and other items believed to have been in contact with controlled substances, including United States currency, paraphernalia, and packaging, further described in Attachment B, in U.S. Mail Parcels and letters on 15 occasions since January 2022, with a success rate of approximately 94%. To the best of my knowledge, Palatine Police Department does not maintain records regarding the overall success rate for its drug detection dogs, and therefore only the USPIS success rate is available.

13. On September 18, 2025, at the Postal Service International Service Center at O'Hare Airport in Chicago, Illinois, I arranged a controlled substance detection test by placing the **Subject Parcel** among approximately 10 other parcels in the workroom area. I then witnessed Jax examine the parcels and observed Jax sit down. Jax did not alert to any of the other parcels. The Canine Officer informed me that Jax's actions indicated the presence of narcotics and/or controlled substances in the **Subject Parcel**. I then took custody of the **Subject Parcel**.

14. Additionally, based on my training and experience: (i) individuals who engage in the trafficking of illegal controlled substances often exchange cash through the mail; (ii) money that is handled by individuals who also handle drugs or is in the

4

vicinity of drugs can retain the scent of drugs, which dogs can smell; and (iii) in other such cases, narcotics dogs have alerted to a package that has contained money.

## II. CONCLUSION

15. Based on the above information, I respectfully submit that there is probable cause to believe that use of a communications facility to distribute narcotics offenses, in violation of Title 21, United States Code, Section 843(b), have been committed, and that evidence, instrumentalities, and contraband relating to this criminal conduct, as further described in Attachment B, will be found in the **Subject Parcel**, as further described in Attachment A. I therefore respectfully request that this Court issue a search warrant for the **Subject Parcel** more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B.

FURTHER AFFIANT SAYETH NOT.

_____
Phil Hemmeler
Task Force Officer
U.S. Postal Inspection Service

Sworn to and affirmed by telephone 22nd day of September, 2025

_____
Honorable GABRIEL A. FUENTES
United States Magistrate Judge

5

## ATTACHMENT A

The United States Postal Service Priority Mail Parcel with Tracking Number 9405 5362 0624 9308 6349 93, mailed on September 15, 2025, from Corona, California, 92879, and is addressed to "Michael Nguyen, 4343 N Clarendon Ave Apt 1203, Chicago, IL 60613," with a return address of "Ebelin Brady, 507 Queensland Cir, Corona, CA 92879." The **Subject Parcel** measures approximately 11 inches by 9 inches by 15 inches and weighs approximately 5 pounds 9 ounces.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b) (the "**Subject Offense**"), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. United States currency that constitutes evidence, or instrumentalities of the **Subject Offense**;

4. Paraphernalia associated with the use, possession, manufacturing, packaging, processing, and distribution of controlled substances, including but not limited to adulterants, dilutants, cutting agents, scales, needles, grinders, heat-sealing devices, plastic bags, and money-counting devices; and

5. Items that identify the sender or intended recipient of the **Subject Parcel**.