AO 93 (Rev. 11/13) Search and Seizure Warrant     AUSA Branka Cimesa, (312) 353-6630

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case No. 25 M 573 |
| the United States Priority Mail package bearing tracking number 9405 5362 0624 9308 6349 93, further described in Attachment A | Ref. No. |

## SEARCH AND SEIZURE WARRANT

To: Phil Hemmeler and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>October 3, 2025</u> in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>September 22, 2025</u>   <u>2:55 p.m.</u>

_____
*Judge's signature*

City and State: <u>Chicago, Illinois</u>     GABRIEL A. FUENTES, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

The United States Postal Service Priority Mail Parcel with Tracking Number 9405 5362 0624 9308 6349 93, mailed on September 15, 2025, from Corona, California, 92879, and is addressed to "Michael Nguyen, 4343 N Clarendon Ave Apt 1203, Chicago, IL 60613," with a return address of "Ebelin Brady, 507 Queensland Cir, Corona, CA 92879." The **Subject Parcel** measures approximately 11 inches by 9 inches by 15 inches and weighs approximately 5 pounds 9 ounces.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b) (the "**Subject Offense**"), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. United States currency that constitutes evidence, or instrumentalities of the **Subject Offense**;

4. Paraphernalia associated with the use, possession, manufacturing, packaging, processing, and distribution of controlled substances, including but not limited to adulterants, dilutants, cutting agents, scales, needles, grinders, heat-sealing devices, plastic bags, and money-counting devices; and

5. Items that identify the sender or intended recipient of the **Subject Parcel**.